# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DARREN WEBB**                                                   **PLAINTIFF**

v.                                         4:08CV00191-WRW

**U.S. FOOD SERVICE**                                         **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorneys Fees and Costs (Doc. No. 38). Defendant has responded.[1] Also pending is Defendant's Motion to Strike or in the Alternative Defendant's Motion Opposing Plaintiff's Notice of Filing Exhibits Seeking Attorney's Fees and Costs (Doc. No. 43).

A March 9, 2009, Order denied both Plaintiff's and Defendant's motions for summary judgment, and remanded the case to Defendant and the claims administrator.[2] Because Plaintiff's motion for summary judgment was denied, and there was no ruling that I consider made Plaintiff a prevailing party,[3] Plaintiff's Motion (Doc. No. 38) is DENIED without prejudice. Defendant's Motion to Strike (Doc. No. 43) is DENIED as moot.

IT IS SO ORDERED this 31st day of March, 2009.

                                                           /s/Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 41.

[2] Doc. No. 37.

[3] *Starr v. Metro Sys., Inc.*, 461 F.3d 1036, 1040-41 (8th Cir. 2006) (citing *Martin v. Arkansas Blue Cross & Blue Shield*, 299 F.3d 966, 972 (8th Cir. 2002).